UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CAUSE NO. 2:21 CR 41 |
| v. ) | 18 U.S.C. § 924(a)(1)(A) |
| TERRANCE PRATT HUBBARD, JR. ) | |

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about September 3, 2019, in the Northern District of Indiana,

**TERRANCE PRATT HUBBARD, JR.**,

defendant herein, knowingly made a false statement and representation to the firearms dealer Westforth Sports, Inc., who is licensed under the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on September 3, 2019, to the effect that his address was 2141 Tanglewood Drive-Apt. 1C, Hammond, Indiana, whereas in truth and in fact, he knew that his address was not 2141 Tanglewood Drive-Apt. 1C, Hammond,

1

Indiana;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

GARY T. BELL
ACTING UNITED STATES ATTORNEY

By: /s/ Nicholas J. Padilla
Nicholas J. Padilla
Assistant United States Attorney